# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) ) Plaintiff, ) ) v. ) ) KHOUNG CAM, ) ) Defendant. ) | Case No. CR08-252-RSM-BAT **DETENTION ORDER** |

Offense charged:

    Conspiracy to Manufacture Marijuana,

    Manufacturing Marijuana.

Date of Detention Hearing: September 11, 2009.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

/

/

DETENTION ORDER- 1

FINDINGS OF FACT AND REASONS FOR DETENTION

The Court received no information about defendant's ties to the community, residence, employment, health, financial assets or drug and alcohol use. Defendant has a criminal history going back to 2001 including a prior immigration violation that resulted in deportation. Based on the information in the US Pretrial Services Report, Defense counsel stipulated to detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 11th day of September, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER- 2